UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY R. ADRAGNA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-2584** |
| **ST. TAMMANY PARISH, ET AL.** | **SECTION "K"(5)** |

### ORDER

    L.R. 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memoranda in opposition to the Motion to Dismiss Party WWL TV, Inc. (Rec.Doc.No. 23), the Motion to Dismiss Party New Orleans Hearst-Argyle Television, Inc. (Rec.Doc.No. 24), and the Motion to Dismiss by Tribune Television New Orleans, Inc. (Rec.Doc.No. 25), all set for hearing on November 15, 2006, have been timely submitted. The oppositions to these motions would have been due on November 7, 2006.

    The Court ordered a telephone status conference set to be held on December 14, 2006, at 1:00 p.m. to address Plaintiff's Motion for Continuance of Hearing and Extension of Time that was filed on November 14, 2006. *See* Order (Rec.Doc.No. 30). The Plaintiff did not provide the Court with a telephone number at which he could be reached; however, the Court located Plaintiff and

instructed him to provide a number at which he could be reached and that he be available for the telephone status conference. Plaintiff failed to attend the telephone conference.

Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the motions are **GRANTED**.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty (30) days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, will be assessed against the party moving for reconsideration. See Fed. R. Civ. P. 16, 83.  A statement of costs conforming to L.R. 54.3 shall be submitted by all parties desiring to be awarded costs and attorney's fees no later than eight (8) days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, on this  14th  day of December, 2006.

 STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE