# EASTERN DISTRICT OF LOUISIANA
# U.S. DISTRICT COURT

CIVIL ACTION # 06-2584 (K) "5"

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED DEC 1 5 2006
LORETTA G. WHYTE
Clerk

Gregory R. Adragna
vs.
The Parish of St. Tammany, the Sheriff of St. Tammany, the District Attorney of St. Tammany, The Times Picayune, WWL TV, WDSU TV, WNOL TV, WGNO TV, WVUE TV

## MOTION TO RECONSDER ORDER TO DISMISS

Now into court comes Gregory R. Adragna, plaintiff, in the above titled and captioned case asking this honorable court to reconsider the order signed on November 15, 2006, dismissing the suit filed against the Parish of St. Tammany and the St. Tammany District Attorney. Plaintiff represents in this motion that the defendants did not make notice of their motion to plaintiff as prescribed by law and the first knowledge of any motion filed by named defendants was the signed order received from this honorable court.

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
___ Doc. No._____

Additionally, plaintiff had to request a copy of the motion filed from the clerk of court and needs additional time to file pleadings in this matter.

*Gregory R. Adragna* (signature)

Gregory R. Adragna

## CERTIFICATE OF SERVICE

Plaintiff has mailed a copy to named defendants by first class mail on __14__ December, 2006.

## ORDER

IN CONSIDERATION OF THE FOREGOING, IT IS ORDERED THAT the Order to Dismiss will be scheduled for reconsideration on _____.

DENIED

Honorable Stanley Duval, Jr.

