UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY R. ADRAGNA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-2584** |
| **PARISH OF ST. TAMMANY, ET AL.** | **SECTION "K"(5)** |

## ORDER

L.R. 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to the Motion to Dismiss (Rec.Doc.No. 38) of Defendants St. Tammany Parish Sheriff set for hearing on February 7, 2007, has been timely submitted.

Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the motion is **GRANTED** and Defendant St. Tammany Parish Sheriff is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, on this __1st__ day of February, 2007.

*[signature]*

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**